

RECEIVED NG
8/18/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**1:21-CV-04400**
JUDGE THARP JR.
MAGISTRATE JUDGE HARJANI

**PC5**

Vibron Lloyd

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Jose E. Almeida
Bryan, Hanson

Case No: _____
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

✓      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

## I. Plaintiff(s):

A. Name: Vibron Lloyd

B. List all aliases: Otis Jackson Erick Wilson

C. Prisoner identification number: B75061

D. Place of present confinement: Illinois River C.C

E. Address: 1300 West Locust DR. P.O. Box 999 Canton, IL 61520

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

## II. Defendant(s):

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Jose E. Almeida

Title: C.E.O

Place of Employment: 710. Medtronit, Park Way Minneapolis, MN55430

B. Defendant: Bryan, Hanson

Title: President:

Place of Employment: 710. Medtronit, Park Way, Minneapolis, MN 55430

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.  Name of case and docket number: 550- Civil Rights
113CV6948

B.  Approximate date of filing lawsuit: 07/26/2013

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases:
Vibena Lloyd, Erick willframCurtis Jackson

D.  List all defendants: Elijah willis, Det. Diaz
Charles, porter

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District Federal Court

F.  Name of judge to whom case was assigned: Judge Valdez Maria

G.  Basic claim made: 550- Civil Rights

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Terminated 02/22/19 03/06/18

I.  Approximate date of disposition: 02/22/19

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: 555 - Prison Condition
11 3cv 0834

B. Approximate date of filing lawsuit: 11/15/2013

C. List all plaintiffs (if you had co-plaintiffs), including any aliases:
Vihron Lloyd, Erick Wilson, Otis Jackson

D. List all defendants: Thomas J. Dart

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District Federal Court

F. Name of judge to whom case was assigned: Judge: Dervegriavan

G. Basic claim made: 555 - Prison Condition

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Terminated 01/09/2014

I. Approximate date of disposition: 03/28/2014

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

III.   **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.   Name of case and docket number: _Civil Rights_
_113cv08710_

B.   Approximate date of filing lawsuit: _12/05/2013_

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_Vibran Lloyd, Frank Wilson, Otis Jackson_

D.   List all defendants: _Thomas J. Dart_

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern District Federal Court_

F.   Name of judge to whom case was assigned: _Samuel Der-yeghiayan_

G.   Basic claim made: _Civil Rights_

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Terminated 01/21/2014_

I.   Approximate date of disposition: _01/22/2014_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _Civil Rights_
_113CV09263_

B. Approximate date of filing lawsuit: _12/26/2013_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_Vibron L. Lloyd, Erick Wilson, Otis Jackson_

D. List all defendants: _Frank A. Pasquale, Cmdr. Franklin_
_Bellwood Employees, R. Stanfel, Z. Beck_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern District federal Court_

F. Name of judge to whom case was assigned: _Jeffrey T. Gilbert_

G. Basic claim made: _Civil Rights_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Terminated 04/20/2015_

I. Approximate date of disposition: _04/20/2015_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: S S D - Civil Rights
11:cv:3:04

B. Approximate date of filing lawsuit: 12/26/2013

C. List all plaintiffs (if you had co-plaintiffs), including any aliases:
Vibran Iloyd, Erick wilson, Otis Jackson

D. List all defendants: Ronald M. Seffica, Sam C. Pitassi
Steven peso, Det. Guist Det. Scudiero Sgt. Nowicki

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Nadhern District Federal Court

F. Name of judge to whom case was assigned: Judge: Vallez -
Gary Feinerman

G. Basic claim made: SSC - Civil Rights

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Terminated 04/10/2015

I. Approximate date of disposition: 04/10/2015

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: 555- Prison Condition
   114Cv0009

B. Approximate date of filing lawsuit: 01/03/2014

C. List all plaintiffs (if you had co-plaintiffs), including any aliases:
   Vibron Lloyd, Eric Wilson, Otis Jackson

D. List all defendants: Thomas J. Dart

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District Federal Court

F. Name of judge to whom case was assigned: Judge: ~~first~~
   Samuel Der-Yeghiayan

G. Basic claim made: 555 Prison Condition

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Terminated 01/20/2016

I. Approximate date of disposition: 01/20/2016

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: 555- Prison Condition
11 4 v C 393

B. Approximate date of filing lawsuit: 01/15/2014

C. List all plaintiffs (if you had co-plaintiffs), including any aliases:
Vibron Lloyd, Erick Wilson, Otis Jackson

D. List all defendants: Michael T. Strianese, Robert B. Millard
Thomas J. Dart

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District federal court

F. Name of judge to whom case was assigned: Judge fate
Samuel Der-Yeghiayan

G. Basic claim made: 555- Prison Condition

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Terminated 02/18/2014

I. Approximate date of disposition: 02/19/2014

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A.    Name of case and docket number: 555- prison Condition 11Hcv0609

    B.    Approximate date of filing lawsuit: 01/27/2014

    C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: Vibron Lloyd, Erick wilson, Otis Jackson

    D.    List all defendants: Thomas J. Dart

    E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District federal Court

    F.    Name of judge to whom case was assigned: Judge: Samuel Der-yeghiayan

    G.    Basic claim made: 555- prison Condition

    H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Terminated 02/18/2014

    I.    Approximate date of disposition: 09/25/2014

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Civil Rights
   117CV00038

B. Approximate date of filing lawsuit: 01 / 03 / 2017

C. List all plaintiffs (if you had co-plaintiffs), including any aliases:
   Vibion Lloyd, Erik Wilson, Otis Jackson

D. List all defendants: City of Berwyn, Brad Mann,
   Nicholas Schavone, Richard T. Novotny

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District Federal Court

F. Name of judge to whom case was assigned: Elaine E. Bucklo

G. Basic claim made: Civil Rights

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Terminated 01 / 11 / 2017

I. Approximate date of disposition: 05 / 25 / 2018

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: 550- Civil Rights
114CV6478

B. Approximate date of filing lawsuit: 08/20/2014

C. List all plaintiffs (if you had co-plaintiffs), including any aliases:
Vibron Lloyd, Erik Wilson, Otis Jackson

D. List all defendants: Elijah Willis, Dennis Diaz, Charles Potor
George Banger, Daryll Pacley, Cooper. C

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District Federal Court

F. Name of judge to whom case was assigned: Judge: Schenkin
John J. Tharp, Jr

G. Basic claim made: Prisoner Civil Rights

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Terminated 11/07/2014

I. Approximate date of disposition: 11/10/2014

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

III.    **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

   A.   Name of case and docket number: 555- prison Condition
        16cv1780

   B.   Approximate date of filing lawsuit: 05/01/2016

   C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
        Vilson Lloyd, Eric Wilson, Chris Jackson

   D.   List all defendants: Thomas T. Dart

   E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District Federal Court

   F.   Name of judge to whom case was assigned: Judge: Cete
        Samuel Der-yeghieyan

   G.   Basic claim made: 555- prison Condition

   H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Terminated 08/25/2016

   I.   Approximate date of disposition: 08/26/2016

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

III.    **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A.    Name of case and docket number: 550-Civil Rights
116-CV9896

    B.    Approximate date of filing lawsuit: 10/20/2016

    C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
Vibron Lloyd, Erick Wilson, otis Jackson

    D.    List all defendants: Robert Fischer, Jose pelayo,
City of Chicago

    E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District Federal Court

    F.    Name of judge to whom case was assigned: Judge: ~~Rossford~~
Sara L. Ellis

    G.    Basic claim made: 550- Civil Rights

    H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Terminated 01/09/2019

    I.    Approximate date of disposition: 01/09/2019

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

III.     **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

   A.     Name of case and docket number: 550- Civil Rights
          11cv1004

   B.     Approximate date of filing lawsuit: 10/24/2016

   C.     List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
          Vikron Lloyd, Erik Wilson, Otis Jackson

   D.     List all defendants: Nicholas Schiavone, Brad Mann, Richard T.
          Novotny, City of Berwyn

   E.     Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District Federal Court

   F.     Name of judge to whom case was assigned: Judge: Mason
          Michael T. Mason

   G.     Basic claim made: 550- Civil Rights

   H.     Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Terminated 11/28/2017

   I.     Approximate date of disposition: 08/22/2018

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A.    Name of case and docket number: 550 - Civil Rights
           1:16cv11496

    B.    Approximate date of filing lawsuit: 12/19/2016

    C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
           Vibran Lloyd, Erik Wilson, Chis Jackson

    D.    List all defendants: City of Berwyn, Timothy Keske,
           George Audiffred, Unknown Sgt.

    E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Nothern District federal court

    F.    Name of judge to whom case was assigned: Judge: ~~Honon~~
           John Z. Lee

    G.    Basic claim made: 550 - Civil Rights

    H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Terminated 06/05/2017

    I.    Approximate date of disposition: 10/31/2018

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

III.  **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A.    Name of case and docket number: _S55- Prison Condition_
           _Harwoods9_

    B.    Approximate date of filing lawsuit: _01/23/2014_

    C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
           _Firas M. Ayoubi, Leon Banks, Vibran L. Lloyd_
           _Chante Johnson, Josimar barito_

    D.    List all defendants: _Thomas J. Dart, John Murphy_
           _Daryl Howell, Michael Dembo3Z, Tyree Currie, Sgt. Nanos_

    E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern District federal court_

    F.    Name of judge to whom case was assigned: _Judge: ~~Virn~~_
           _Charles R. Norgle Sr_

    G.    Basic claim made: _S55- Prison Condition_

    H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Terminated 01/31/2017_

    I.    Approximate date of disposition: _05/10/2017_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: 55c - Civil Rights 11cvcc38

B. Approximate date of filing lawsuit: 01/3/2017

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Vibon Lloyd, Erick wilson, Otis Jackson

D. List all defendants: City of Berwyn, Brad Mang, Nicholas Schavone Richard J. Novotny

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District - federal court

F. Name of judge to whom case was assigned: Judge: Cox Elaine E. Buckio

G. Basic claim made: 55c - Civil Rights

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Terminated 01/11/2017

I. Approximate date of disposition: 05/25/2018

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A.     Name of case and docket number: _550-Civil Rights_
        _11cv 377_

    B.     Approximate date of filing lawsuit: _01/17/2017_

    C.     List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
        _Vibon Lloyd, Erick Sorison, Chis Jackson_

    D.     List all defendants: _Village of Maywood, Elijah willis,_

    E.     Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Neathen District federal court_

    F.     Name of judge to whom case was assigned: _Judge Jole_
        _Jorge L. Alonso_

    G.     Basic claim made: _550-Civil Rights_

    H.     Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Terminated 03/27/2017_

    I.     Approximate date of disposition: _03/27/2017_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

**III.** List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _550- Civil Rights_
_117cv9625_

B. Approximate date of filing lawsuit: _12/27/2017_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_Vibron Lloyd, Eric Kwilson, Otis Jackson_

D. List all defendants: _Village of Maywood, Maywood Police_
_Department, Maywood Fire Department_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern District Federal Court_

F. Name of judge to whom case was assigned: _Judge: the Sus_
_Edmond E. Chang_ .

G. Basic claim made: _550- Civil Rights_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Terminated 03/13/2018_

I. Approximate date of disposition: _03/14/2018_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

**III.** List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _SSC - Civil Rights_
_11SCv191_

B. Approximate date of filing lawsuit: _01/10/2018_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_Vihon Lloyd, Erick Wilson, Otis Jackson_

D. List all defendants: _City of Chicago Penni Arunkumar_
_Mary E. Marik, Antonia Mayoga_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern District Federal Court_

F. Name of judge to whom case was assigned: _Judge: Littled_
_Andrea R. Wood_

G. Basic claim made: _SSC - Civil Rights_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Terminated 07/31/2018_

I. Approximate date of disposition: _08/29/2018_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Lloyd v. Hinthorne et al,
1:20CV05118

B. Approximate date of filing lawsuit: 8/05/2021

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
Vibron Lloyd

D. List all defendants: Cherryle, Hinthorne, Amalia Manning,
Heather Bergmooser, Kurt K. osmundson, vlpin Shah

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Rock Island Division federal court

F. Name of judge to whom case was assigned: Chief Judge:
Sara Darrow

G. Basic claim made: deliberate indifference to a serious medical need.

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Pending.

I. Approximate date of disposition: Pending.

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

**III.** List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Lloyd V. Hinthorne et.al, 1:21CV01111

B. Approximate date of filing lawsuit: 4'8'2021

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Vibron Lloyd

D. List all defendants: Cherryle, Hinthorne, Kurt K. osMundSon, Trey Bergermen, Tonya english, Christine Lindsey.

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Central District Federal Court

F. Name of judge to whom case was assigned: Joe Billy mcDade

G. Basic claim made: Medical Need

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Pending

I. Approximate date of disposition: Pending.

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1. This Lawsuit arises out of (CEO) Jose E. Almeida, And (President) - Bryan, Hanson, Manufactured a defectived design of a Hernia mesh patch product "parietex", Personal injury product libility and negligence, The defendants manufacturer faild to use then-Existing Standard of Care in designing or manufacturing a product, A defectived design of a Hernia Mesh patch product the defendants deviated from the standard of care that other Manufactures in the industry followed at the time the product was designed the defendants Knew or Should have known the exercise of ordinary Care that the product was Unreasonably dangerous and defendants failed to warn of it's dangerous propensity.

2. I Vibron Lloyd, was Shot in the abdomen years ago five (5) times I was then taken to Loyola University medical center in maywood, IL to be treated for my then gun Shot wonds, Shortely after I had to go back to Loyola Medical center for a follow up corrective Surgery on my abdominal, And at that time the "parietex" defective Hernia mesh patch was Surgically implanted in my abdominal adjacent to the bowel, I did not discover the injury until later, It is afacting my every day of life i've been having -

Revised 9/2007

problems ever since the corrective surgery of the "parietex" defective implant of the Hernia mesh patch, I have physical pain everyday, Emotional distress, And psychological damage, personal humiliation, And Mental anguish injury to the quality of my "life", I'm sick all the time I was hospitalized a lot after the corrective surgery, I have shortness of breath, I have nausea all the time, I'm in distress a lot of the time, I Vomit a lot some times, I can't hold food down, I never have a full bowel movement, my abdominal is always bloted with gas, I have a bowel obstruction in my small loops of my bowel due to the "parietex" defectived design of the Hernia mesh patch product, I was hospitalized in April of 2020, At Graham Hospital in canton, IL for a bowel obstruction and Vomiting and nausea because of the mesh patch, I did not have a bowel Movement for seven (7) days I though I was going to "Die", The X-Ray Shoed bowel obstruction in the abdominal of the small bowel loops were the "parietex" Mesh patch is implanted adjacent to the bowel, Gas in the colon and rectum no free air, The nurses place and (NG) tub for gastric decompression of the bowel, And the nurses perform daily abdominal exams, my doctor Kenneth R. krock wanted to due a corrective surgery on me I was "Scorn and did not have the surgery I was in the (I.C.U) Intensive care unit for Seven (7) days fighting for my life, I have to ware and abdominal binder every day around my wast or torso, I take Stew Sofners every day and docusate Sod/100 MG Cap, And fiber LAX-

Revised 9/2007

Cap TABS so I can traiy and have a okay bowel movement, I need to have corrective surgery to have the "parietex" mesh removed, my medical records, And mintal Health records will prove my case, I had to Lerned about the product "parietex" defectivied design of the manufacturers. see Exhibit one (1) photo of abdomen were the mesh patch is implanted in patient Vihron Lloyd.

3. ABOUT THE DEFECTIVE DESIGN:

Covidien Medical Corporation, Are unique from other hernia repair products and that they present unique risk to patients the devices consist of a layer of mesh that is coated on both sides with an impermeable film or coating, The coating were designed to be implanted adjacent to the bowel, which it self presents specific risk to the patient, The manufacturers of these devices claim that the addition of the coating on the mesh is to prevent adhesion to the bowel, This addition also allowed the manufacturers to charge more money for their products, The coating added no benfit and only increased the risk to patients including the possibility of and iodequate repair which can lead to other injuries such as adhesions, Infections, Hernia-recurrence, Bowel obstruction, Sepsis and even death, The manufacturer Covidien terminated clinical studies befor completion due to safety issues, The device was recently voluntarily with drawn from the market due to high complication rates.

Respectfully Submitted,

Vihron Lloyd 8-17-2021

Revised 9/2007

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compensatory Damages: In the amount of five(5)MillionMoney Value.
Punitive Damages: In the amount of five(5) Million Money Value.
For Physical pain and injury, Due to a defective product design, Emotional distress,
Psychological damage, Including personal humiliation, And Mental anguish injuries
to the quality of Vibron Lloyd's "life".

---

**VI.**    The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _August_ day of __17__ , 20 _21_

_____

(Signature of plaintiff or plaintiffs)

_Vibron Lloyd_

(Print name)

_Vibron Lloyd_

(I.D. Number) _B75061_

_P.O. Box 999 Caton, IL 61520_

_Illinois River C.C_

(Address)

Revised 9/2007

"Exhibit one (1):"



Defective Hernia mesh patch Here